UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIAN MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-284 |
| | § | |
| CITY OF TEXAS CITY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the court is the plaintiff Brian Miller's request for the court to enter a scheduling order in this civil action. Dkt. 66. As a reminder, the Fifth Circuit on April 14, 2021, reversed the court's judgment in favor of Officer Dricks and remanded for further proceedings. Dkt. 62. A full year passed before counsel saw fit to resume prosecution of Mr. Miller's complaint. This is not the first time that plaintiff's counsel has been dilatory in this case. *See* Dkt. 51 (striking response that was nearly five months late). Let it be the last.

The parties are ordered to meet, confer, and jointly file a proposed docket-control order no later than June 10, 2022.

Signed on Galveston Island this 2nd day of June, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE